McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIP KAUR,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 08-CV-F-21 LJO GSA<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). Defendants respectfully inform the Court that the government is endeavoring to complete adjudication of the application, and that it is expected that this adjudication will be complete shortly. Accordingly, the government respectfully requests a 60-day extension of time for the filing of the government's answer to the complaint. Plaintiff's counsel does not oppose this first request for an extension of time.

The government therefore requests that the time for filing the government's answer be extended to May 7, 2008, and that the scheduling conference, currently set for April 3, 2008, be reset to sometime after the new answer due date.

-1-

Dated: March 7, 2008

             McGREGOR W. SCOTT
             United States Attorney

         By: /s/Audrey Hemesath
            Audrey B. Hemesath
            Assistant U.S. Attorney
            Attorneys for the Defendants

            /s/ James Makasian
            James Makasian
            Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on May 7, 2008, and that the scheduling conference is reset to June 4, 2008 at 8:15am Joint Scheduling Report due 5/28/08.

IT IS SO ORDERED.

**Dated: March 12, 2008**      /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE