McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDIP KAUR,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CV-F-08-21 LJO GSA<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

    This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status to that of permanent resident by U.S. Citizenship and Immigration Services (CIS). On April 10, 2008, CIS granted the application for adjustment of status. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: April 30, 2008

                                          McGREGOR W. SCOTT
                                          United States Attorney

                    By:    /s/Audrey Hemesath
                          Audrey B. Hemesath
                          Assistant U.S. Attorney
                          Attorneys for the Defendants

                    By:    /s/ James M. Makasian
                          James M. Makasian
                          Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   May 5, 2008**                               /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE